UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ET, a minor; SPRING TOWRY and CHARLES TOWRY individually, and behalf of ET TOWRY, their minor daughter,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>LAKE PEND OREILLE SCHOOL DISTRICT NO. 84, and their Board of Trustees; LOUISE ZMUDA, individually and as an employee of Lake Pend Oreille School District No. 84; BETSY WALKER, individually and as an employee and agent of Lake Pend Oreille School District No. 84; BONNER COUNTY, a/k/a BONNER COUNTY SHERIFF'S DEPARTMENT; DEPUTY JUSTIN COLLINS, individually and as an employee of the Bonner County Sheriff's Department; DEPUTY KURT LEHMAN, individually and as an employee of the Bonner County Sheriff's Department,<br><br>　　　　　　Defendants. | Case No. 2:10-cv-00292-EJL-CWD<br><br>**ORDER** |

　　　Having reviewed the parties' Stipulation to Extend the Deadline for Filing Motion for Summary Judgment, (Dkt. 63), and pursuant to Local Rule 7.3, IT IS HEREBY

**ORDER - 1**

ORDERED that the stipulation is APPROVED. Any motion for summary judgment shall be filed on or before **August 28, 2011**.



DATED: July 27, 2011

Honorable Candy W. Dale
Chief United States Magistrate Judge